| | |
|---|---|
| 1  McGREGOR W. SCOTT<br>   United States Attorney<br>2  ROBIN R. TAYLOR<br>   Assistant U.S. Attorney<br>3  501 I Street, Suite 10-100<br>   Sacramento, California  95814<br>4  Telephone: (916) 554-2700 | <br><br>OCT **2 9** 2008<br><br> |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SUNSHINE PASQUALE,<br><br>    Defendant. | 08 MJ 387 KJM<br>08-SW 0471 KJM<br><br>APPLICATION FOR UNSEALING<br>ORDER; AND ORDER |

On October 27, 2008, a search warrant, arrest warrant, and criminal complaint were filed in the above-referenced case. Since the search warrant and arrest warrants have been executed, it is no longer necessary for the Search Warrant, Arrest Warrant Criminal Complaint, Applications, Affidavits, and related documents to remain sealed. Thus, the government respectfully requests that they be unsealed.

DATED: October 29, 2008            McGREGOR W. SCOTT
                                           United States Attorney

                                           By /s/ Robin R. Taylor
                                              ROBIN R. TAYLOR
                                              Assistant U.S. Attorney

1  Application for Unsealing Order & Order
   Page 2

**ORDER**

SO ORDERED:

DATED: October 29, 2008

HON. KIMBERLY MUELLER
United States Magistrate

2